# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SHOCHET LAW GROUP,**
Appellant,

v.

**JAMES F. MULVEY** and **NATIONAL FIRE AND MARINE INSURANCE COMPANY,**
Appellees.

No. 4D2022-2615

[December 21, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. CACE19006899.

Randall M. Shochet of Shochet Law Group, Trenton, for appellant.

Morgan L. Weinstein of Twig, Trade, & Tribunal, PLLC, Fort Lauderdale, for appellee James F. Mulvey.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***